No. 72–529. GREMILLION v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 72–532. KEEVER v. UNITED STATES. C. A. 10th Cir. Motion for leave to dispense with printing petition granted. Certiorari denied.

No. 72–594. MATHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–625. SMITH v. FALCON SEABOARD, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–680. SCHRADER v. SELECTIVE SERVICE SYSTEM LOCAL BOARD No. 76 OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5146. JOHNSON v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5199. PHILLIPS v. CARR ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5230. BOAG v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5239. LEROY v. OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.